# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Nagin Kormi | ) | Case No: 12 C 2595 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| | ) | |
| Deloitte Consulting LLP | ) | |
| | ) | |

## ORDER

Ruling on motion hearing held. Plaintiff's motion to withdraw is moot [40]. Plaintiff's revised motion to withdraw is granted [42]. The discovery schedule, dispositive motion schedule, pretrial conference set for 3/6/14 and jury trial set for 3/10/14 is vacated. Status hearing set for 10/31/13 at 9:30 a.m.

(T:) 00:05

Date: 9/12/13                                                                                  /s/ Judge John W. Darrah